# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| GREGORY SMITH | Case No. 2:21-cv-03898 |
| Plaintiff, | JUDGE SARAH D. MORRISON |
| vs. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| CITY OF NELSONVILLE, OHIO, et al., | **PARTIES' THIRD STATUS REPORT** |
| Defendant. | |

Pursuant to this Court's October 6, 2021 Order, now come the parties, by and through counsel, and respectfully submit their Third Status Report updating the Court on Plaintiff's civil action and administrative appeal that are currently pending against Defendants in the Athens County Court of Common Pleas. Defendants filed a Motion for Summary Judgment in the civil action, Case No. 21CI0072, on March 16, 2022. The trial court in Case No. 21CI0174 granted Mr. Smith's appeal. Defendants plan to appeal that judgment shortly.

Respectfully submitted,

/s/ Kent Hushion
Patrick Kasson (0055570)
Kent Hushion (0099797)
**Reminger Co., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 232-2634; FAX: (614) 232-2410
pkasson@reminger.com
khushion@reminger.com
*Counsel for Defendants*

/s/ Daniel Klos (per email authority on 4/1/2022)
Daniel Klos
4591 Indianola Ave.
Columbus, OH 43214
(614) 261-9581; FAX: (614) 262-5732
klosdhesq@aol.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify a true and accurate copy of the foregoing document was served via the Court's electronic filing system and/or regular U.S. mail electronic mail on this 1st day of April 2022 upon all parties of record:

                 */s/ Kent Hushion*
                  Kent Hushion (0099797)