## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY SMITH | ) | Case No. 2:21-cv-03898 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| CITY OF NELSONVILLE, OHIO, et al., | ) | |
| | ) | **PARTIES' FIFTH STATUS REPORT** |
| Defendants. | ) | |

Pursuant to this Court's October 6, 2021 Order, now come the parties, by and through counsel, and respectfully submit their Fifth Status Report updating the Court on Plaintiff's civil action and administrative appeals that are currently pending against Defendants in the Athens County Court of Common Pleas. The Court has yet to rule on Defendants' Motion for Summary Judgment in the civil action, Case No. 21CI0072, that was filed on March 16, 2022. Briefing is ongoing in the Fourth Appellate District, Case No. 22CA4 (Athens County Case No. 21CI0174).

Respectfully submitted,

/s/ Kent Hushion
Patrick Kasson (0055570)
Kent Hushion (0099797)
**Reminger Co., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 232-2634; FAX: (614) 232-2410
pkasson@reminger.com
khushion@reminger.com
*Counsel for Defendants*

/s/ Daniel Klos (per email authority on 10/11/2022)
Daniel Klos
4591 Indianola Ave.
Columbus, OH 43214
(614) 261-9581; FAX: (614) 262-5732
klosdhesq@aol.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify a true and accurate copy of the foregoing document was served via the Court's electronic filing system and/or regular U.S. mail electronic mail on this 12th day of October 2022 upon all parties of record:

*/s/ Kent Hushion*
Kent Hushion (0099797)