IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GREGORY SMITH,**

    **Plaintiff,**

    v.

    Civil Action 2:21-cv-3898
    Magistrate Judge Kimberly A. Jolson

**CITY OF NELSONVILLE OHIO, et al.,**

    **Defendants.**

### SHOW CAUSE ORDER

The Court granted the parties' Joint Motion to Stay the Case and ordered the parties to file joint status reports every ninety (90) days until the stay is lifted. (Doc. 12). The parties have failed to comply.

As such, the Court **ORDERS** the parties to show cause and file a joint status report within **seven (7) days** or otherwise show cause why they cannot comply. Failure to do so may result in sanctions by the Court.

IT IS SO ORDERED.

Date: April 20, 2023

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE