**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| GREGORY SMITH | ) | Case No. 2:21-cv-03898 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| CITY OF NELSONVILLE, OHIO, et al., | ) | |
| | ) | **PARTIES' JOINT MOTION FOR** |
| Defendants. | ) | **REFERRAL TO MEDIATION** |

Plaintiff and Defendants hereby request that the Court refer this matter to mediation to be held in October 2023. Under this Court's case schedule, this matter will be referred to mediation in January 2024. However, the parties have preliminarily held early resolution discussions, including a prior exchange of settlement demands and offers, and believe mediation in October 2023 is appropriate. Thus, the parties request the Court refer this matter to mediation during October 2023.

Jointly submitted,

*/s/ Daniel Klos*
Daniel Klos (0031294)
1911 Country Place
Lancaster, Ohio 43130
(614) 261-9581; FAX: (614) 262-5732
klosdhesq@aol.com
*Counsel for Plaintiff*

*/s/ Kent Hushion*
Patrick Kasson (0055570) (Trial counsel)
Kent Hushion (0099797)
**Reminger Co., L.P.A.**
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
(614) 232-2634; FAX: (614) 232-2410
pkasson@reminger.com
khushion@reminger.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

  I hereby certify a true and accurate copy of the foregoing document was served via the Court's electronic filing system and/or regular U.S. mail electronic mail on this 25th day of September 2023 upon all parties of record:

          */s/ Kent Hushion*
          Kent Hushion (0099797)